IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

OHIO VALLEY ENVIRONMENTAL
COALITION, INC., et al.

      Plaintiffs,

v.                                          CIVIL ACTION NO. 3:10-0833

COAL-MAC, INC., et al.

      Defendants.

## ORDER OF REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this civil action be referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for discovery disputes.

The Clerk is directed to send copies of this order to unrepresented parties and to any non-CM/ECF users.

      **ENTER:**

_____
**TERESA L. DEPPNER**
**CLERK OF COURT**