08/19/... 11:57
Page ... of 13

# WVDEP - Office of Hydrologic Protection Unit (OMR)
## DISCHARGE MONITORING REPORT

Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV0068764"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Avg. | Max. | Unit | Concentration Min. | Avg. | Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | 00058 - Flow | 04/30/2010 | Normal | 250.00 | 1400.00 | 2550.00 | GPM | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | | 05/31/2010 | Normal | 250.00 | 275.00 | 300.00 | GPM | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | | 06/30/2010 | Normal | 200.00 | 275.00 | 350.00 | GPM | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | 00400 - pH | 04/30/2010 | Normal | | | | | 7.20 | 7.25 | 7.30 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | | 05/31/2010 | Normal | | | | | 7.20 | 7.20 | 7.20 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | | 06/30/2010 | Normal | | | | | 7.10 | 7.50 | 7.90 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | 00530 - Total Suspended Solids | 04/30/2010 | Normal | | | | | < 2.00 | < 2.00 | 2.00 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | | 05/31/2010 | Normal | | | | | < 2.00 | 2.00 | 4.00 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | | 06/30/2010 | Normal | | | | | 2.00 | 2.50 | 3.00 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 8.28 | 8.82 | 9.36 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | | 05/31/2010 | Normal | | | | | 5.80 | 7.555 | 9.31 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | | 06/30/2010 | Normal | | | | | < 0.90 | 3.34 | 6.68 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.11 | 0.12 | 0.13 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | | 05/31/2010 | Normal | | | | | 0.11 | 0.115 | 0.12 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | | 06/30/2010 | Normal | | | | | 0.06 | 0.08 | 0.10 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | 01055 - Manganese, Total (as Mn) | 04/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | | 05/31/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | | 06/30/2010 | Normal | | | | | < 0.03 | < 0.03 | 0.03 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | | 05/31/2010 | Normal | | | | | 0.06 | 0.075 | 0.09 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | | 06/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 001 | | 06/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | 00058 - Flow | 04/30/2010 | Normal | 27.00 | 33.50 | 40.00 | GPM | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | | 05/31/2010 | Normal | 29.00 | 29.50 | 30.00 | GPM | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | | 06/30/2010 | Normal | 35.00 | 37.50 | 40.00 | GPM | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | 00400 - pH | 04/30/2010 | Normal | | | | | 8.20 | 8.35 | 8.50 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | | 05/31/2010 | Normal | | | | | 8.10 | 8.15 | 8.20 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | | 06/30/2010 | Normal | | | | | 7.90 | 8.05 | 8.20 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | 00530 - Total Suspended Solids | 04/30/2010 | Normal | | | | | 2.00 | 3.00 | 4.00 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | | 05/31/2010 | Normal | | | | | < 2.00 | < 2.00 | 3.00 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | | 06/30/2010 | Normal | | | | | 5.00 | 5.00 | 5.00 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 2.20 | 2.90 | 3.60 | UG/L |

1 of 13

**EXHIBIT 2**

**WVDEP - Office of Hydrologic Protection Unit (OMR)**
**DISCHARGE MONITORING REPORT**

Covering the period from April 1, 2010 to July 1, 2010, and Sampler = "Lab"
( 2 )Permit ID = "WV0068764"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | 00981 - Selenium, Total Recover | 05/31/2010 | Normal | | | | | 2.27 | 3.745 | 5.22 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | | 06/30/2010 | Normal | | | | | < 0.90 | < 0.90 | < 0.90 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.26 | 0.28 | 0.30 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | | 05/31/2010 | Normal | | | | | 0.15 | 0.165 | 0.18 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | | 06/30/2010 | Normal | | | | | 0.33 | 0.36333 | 0.40 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | 01055 - Manganese, Total (as M | 04/30/2010 | Normal | | | | | 0.05 | 0.065 | 0.08 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | | 05/31/2010 | Normal | | | | | 0.07 | 0.10 | 0.13 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | | 06/30/2010 | Normal | | | | | 0.16 | 0.16 | 0.16 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | | 06/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 003 | | 06/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 004 | | 04/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 004 | | 05/31/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 004 | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | 00058 - Flow | 04/30/2010 | Normal | 5.00 | 7.50 | 10.00 | GPM | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | | 05/31/2010 | Normal | 10.00 | 10.00 | 10.00 | GPM | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | | 06/30/2010 | Normal | 10.00 | 10.00 | 10.00 | GPM | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | 00400 - pH | 04/30/2010 | Normal | | | | | 7.40 | 7.60 | 7.80 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | | 05/31/2010 | Normal | | | | | 7.20 | 7.35 | 7.50 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | | 06/30/2010 | Normal | | | | | 7.70 | 7.70 | 7.70 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | 00530 - Total Suspended Solids | 04/30/2010 | Normal | | | | | 3.00 | 4.00 | 5.00 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | | 05/31/2010 | Normal | | | | | 3.00 | 19.50 | 36.00 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | | 06/30/2010 | Normal | | | | | 2.00 | 5.50 | 9.00 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.21 | 0.215 | 0.22 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | | 05/31/2010 | Normal | | | | | 0.18 | 0.245 | 0.31 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | | 06/30/2010 | Normal | | | | | 0.63 | 0.67 | 0.71 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | 01055 - Manganese, Total (as M | 04/30/2010 | Normal | | | | | 0.11 | 0.11 | 0.11 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | | 05/31/2010 | Normal | | | | | 0.12 | 0.13 | 0.14 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | | 06/30/2010 | Normal | | | | | 0.11 | 0.13 | 0.15 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |

EXHIBIT 2

**WVDEP - Office of Hydrologic Protection Unit (OMR)**
**DISCHARGE MONITORING REPORT**

Covering the period from April 1, 2010 to July 1, 2010, and Sampler = "Lab"
( 2 )Permit ID = "WV0068764"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 005 | 01105 - Aluminum, Total (as Al) | 06/30/2010 | Normal | | | | | 0.13 | 0.19 | 0.25 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 006 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 008 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 009 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 014 | 00058 - Flow | 04/30/2010 | Normal | 60.00 | 67.50 | 75.00 | GPM | | | | |
| | | | | 05/31/2010 | Normal | 150.00 | 175.00 | 200.00 | GPM | | | | |
| | | | | 06/30/2010 | Normal | 150.00 | 175.00 | 200.00 | GPM | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 014 | 00400 - pH | 04/30/2010 | Normal | | | | | 8.20 | 8.20 | 8.20 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 8.10 | 8.25 | 8.40 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 7.90 | 8.05 | 8.20 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 014 | 00530 - Total Suspended Solids | 04/30/2010 | Normal | | | | | < 2.00 | < 2.00 | 3.00 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 2.00 | < 2.00 | 2.00 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 3.00 | 3.50 | 4.00 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 014 | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 11.56 | 11.625 | 11.69 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | 9.70 | 13.225 | 16.75 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | 16.17 | 16.425 | 16.68 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 014 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.07 | 0.075 | 0.08 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.05 | 0.055 | 0.11 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.09 | 0.095 | 0.10 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 014 | 01055 - Manganese, Total (as M) | 04/30/2010 | Normal | | | | | < 0.03 | < 0.03 | 0.03 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.03 | 0.035 | 0.04 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.04 | 0.05 | 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 014 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | 0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.06 | < 0.06 | 0.09 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 014 | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |

EXHIBIT 2

**WVDEP - Office of Hydrologic Protection Unit (OMR)**
**DISCHARGE MONITORING REPORT**

Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV0068764"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 015 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 016 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 017 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 018 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 019 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 020 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 021 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 022 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 023 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 024 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 025 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 026 | | 04/30/2010 | Not Constructed | | | | | | | | |

**EXHIBIT 2**

**WVDEP - Office of Hydrologic Protection Unit (OMR)**
**DISCHARGE MONITORING REPORT**
Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV0068764"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Avg. | Max. | Unit | Concentration Min. | Avg. | Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 026 | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 027 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 028 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 029 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 030 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 031 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 032 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 033 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 034 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 035 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 036 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 037 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |

EXHIBIT 2

08/19/2010 11:57
Page 6 of 13

WVDEP - Office of Hydrologic Protection Unit (OMR)
**DISCHARGE MONITORING REPORT**
Covering the period from April 1, 2010 to July 1, 2010, and Sampler = "Lab"
( 2 )Permit ID = "WV0068764"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coal-Mac, Inc. Dba Phoe | WV0068764 | 037 | | 06/30/2010 | No Flow | | | | | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DFM | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 1.80 | 1.90 | 2.00 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 1.80 | 1.90 | 2.00 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 0.81 | 1.31 | 1.80 | CFS | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DFM | 00400 - pH | 04/30/2010 | Normal | | | | | 8.20 | 8.20 | 8.20 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 8.20 | 8.25 | 8.30 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 8.20 | 8.25 | 8.30 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DFM | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | < 0.90 | < 0.90 | < 0.90 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.90 | < 0.90 | < 0.90 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.90 | < 0.90 | 1.05 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DFM | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.18 | 0.20 | 0.22 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.19 | 0.19 | 0.19 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.24 | 0.32 | 0.40 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DFM | 01055 - Manganese, Total (as Mn | 04/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.03 | 0.03 | 0.03 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DFM | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | 0.07 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.06 | 0.135 | 0.27 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DFM | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DLFPC | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.60 | 0.71 | 0.81 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 0.80 | 1.00 | 1.20 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 1.08 | 3.04 | 5.00 | CFS | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DLFPC | 00400 - pH | 04/30/2010 | Normal | | | | | 8.00 | 8.00 | 8.00 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 8.20 | 8.25 | 8.30 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 8.20 | 8.25 | 8.30 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DLFPC | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 1.51 | 1.795 | 2.08 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | 1.98 | 2.045 | 2.11 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.90 | 2.75 | 5.50 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DLFPC | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.12 | 0.385 | 0.65 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.10 | 0.105 | 0.11 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.06 | 0.465 | 0.87 | MG/L |

EXHIBIT 2

**WVDEP - Office of Hydrologic Protection Unit (OMR)**
**DISCHARGE MONITORING REPORT**
Covering the period from April 1, 2010 to July 1, 2010, and Sampler = "Lab"
( 2 )Permit ID = "WV0068764"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DLFPC | 01055 - Manganese, Total (as M | 04/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.03 | < 0.03 | 0.04 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DLFPC | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | 0.06 | 0.06 | 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | 0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.06 | 0.125 | 0.25 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DLFPC | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DLFTC | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 2.00 | 2.65 | 3.30 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 2.40 | 2.45 | 2.50 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 1.80 | 2.90 | 4.00 | CFS | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DLFTC | 00400 - pH | 04/30/2010 | Normal | | | | | 8.20 | 8.25 | 8.30 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 8.30 | 8.30 | 8.30 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 8.40 | 8.40 | 8.40 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DLFTC | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 5.80 | 6.36 | 6.92 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | 5.72 | 6.065 | 6.41 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | 5.99 | 6.30 | 6.61 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DLFTC | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.10 | 0.105 | 0.11 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.10 | 0.11 | 0.12 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.06 | 0.145 | 0.23 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DLFTC | 01055 - Manganese, Total (as M | 04/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DLFTC | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.06 | 0.105 | 0.21 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DLFTC | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.06 | < 0.06 | 0.07 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DRFTC | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 2.50 | 3.05 | 3.60 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 2.80 | 2.90 | 3.00 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 2.00 | 3.50 | 5.00 | CFS | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DRFTC | 00400 - pH | 04/30/2010 | Normal | | | | | 8.20 | 8.25 | 8.30 | Std Units |

**EXHIBIT 2**

**WVDEP - Office of Hydrologic Protection Unit (OMR)**
**DISCHARGE MONITORING :PORT**
Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV0068764"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Conc. Min. | Conc. Avg. | Conc. Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DRFTC | 00400 - pH | 05/31/2010 | Normal | | | | | 8.30 | 8.35 | 8.40 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 06/30/2010 | Normal | | | | | 8.20 | 8.25 | 8.30 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DRFTC | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 5.06 | 5.79 | 6.52 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 05/31/2010 | Normal | | | | | 5.40 | 5.955 | 6.51 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 06/30/2010 | Normal | | | | | 6.50 | 6.99 | 7.48 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DRFTC | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 05/31/2010 | Normal | | | | | < 0.05 | < 0.05 | 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 06/30/2010 | Normal | | | | | 0.07 | 0.16 | 0.25 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DRFTC | 01055 - Manganese, Total (as M) | 04/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 05/31/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 06/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DRFTC | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 06/30/2010 | Normal | | | | | < 0.06 | 0.10 | 0.20 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DRFTC | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 06/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DSF | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.90 | 0.99 | 1.08 | CFS | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 05/31/2010 | Normal | 0.90 | 0.99 | 1.08 | CFS | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 06/30/2010 | Normal | 0.81 | 1.01 | 1.20 | CFS | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DSF | 00400 - pH | 04/30/2010 | Normal | | | | | 8.00 | 8.00 | 8.00 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 05/31/2010 | Normal | | | | | 8.10 | 8.10 | 8.10 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 06/30/2010 | Normal | | | | | 8.00 | 8.05 | 8.10 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DSF | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | < 0.90 | < 0.90 | < 0.90 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 05/31/2010 | Normal | | | | | < 0.90 | < 0.90 | < 0.90 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 06/30/2010 | Normal | | | | | < 0.90 | 3.235 | 6.47 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DSF | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.10 | 0.115 | 0.13 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 05/31/2010 | Normal | | | | | 0.12 | 0.135 | 0.15 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 06/30/2010 | Normal | | | | | 0.27 | 0.285 | 0.30 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DSF | 01055 - Manganese, Total (as M) | 04/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 05/31/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 06/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DSF | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | | | 05/31/2010 | Normal | | | | | 0.06 | 0.06 | 0.06 | MG/L |

EXHIBIT 2

**WVDEP - Office of Hydrologic Pro...tion Unit (OMR)**
**DISCHARGE MONITORIN... EPORT**
Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV0068764"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DSF | 01105 - Aluminum, Total (as Al) | 06/30/2010 | Normal | | | | | <0.06 | 0.085 | 0.17 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DSF | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | <0.06 | <0.06 | <0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.06 | <0.06 | <0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.06 | <0.06 | 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTBEC | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.40 | 0.50 | 0.60 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 0.35 | 0.43 | 0.50 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 0.30 | 0.55 | 0.80 | CFS | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTBEC | 00400 - pH | 04/30/2010 | Normal | | | | | 7.70 | 7.75 | 7.80 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 7.70 | 7.75 | 7.80 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 7.70 | 7.75 | 7.80 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTBEC | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | <0.90 | <0.90 | <0.90 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.90 | <0.90 | <0.90 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.90 | <0.90 | <0.90 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTBEC | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.22 | 0.275 | 0.33 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.18 | 0.19 | 0.20 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.23 | 0.295 | 0.36 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTBEC | 01055 - Manganese, Total (as M... | 04/30/2010 | Normal | | | | | <0.03 | <0.03 | <0.03 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.03 | <0.03 | <0.03 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.03 | <0.03 | <0.03 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTBEC | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | <0.06 | 0.065 | 0.13 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.08 | 0.09 | 0.10 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.07 | 0.145 | 0.22 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTBEC | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | <0.06 | <0.06 | <0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.06 | <0.06 | <0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.06 | <0.06 | <0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTBPC | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 3.00 | 3.25 | 3.50 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 3.60 | 4.05 | 4.50 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 3.60 | 5.55 | 7.50 | CFS | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTBPC | 00400 - pH | 04/30/2010 | Normal | | | | | 8.30 | 8.30 | 8.30 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 8.20 | 8.25 | 8.30 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 8.10 | 8.15 | 8.20 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTBPC | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 3.84 | 4.22 | 4.60 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | 4.29 | 4.805 | 5.32 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.90 | 2.845 | 5.69 | UG/L |

**EXHIBIT 2**

08/19/... 11:57
Page 10 of 13

**WVDEP - Office of Hydrologic Protection Unit (OMR)**
**DISCHARGE MONITORING REPORT**
Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV0068764"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTBPC | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.07 | 0.12 | 0.17 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.08 | 0.105 | 0.13 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.05 | 0.225 | 0.40 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTBPC | 01055 - Manganese, Total (as Mn) | 04/30/2010 | Normal | | | | | 0.07 | 0.07 | 0.07 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.06 | 0.065 | 0.07 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.03 | < 0.03 | 0.03 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTBPC | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | 0.06 | 0.075 | 0.09 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.06 | 0.085 | 0.11 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.06 | 0.11 | 0.22 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTBPC | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | 0.08 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | 0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTC | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 6.50 | 6.75 | 7.00 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 6.50 | 6.75 | 7.00 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 6.00 | 8.00 | 10.00 | CFS | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTC | 00400 - pH | 04/30/2010 | Normal | | | | | 8.20 | 8.25 | 8.30 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 8.20 | 8.25 | 8.30 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 8.30 | 8.30 | 8.30 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTC | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 4.06 | 4.84 | 5.62 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | 4.40 | 5.105 | 5.81 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | 5.04 | 6.465 | 7.89 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTC | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.06 | 0.065 | 0.07 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.05 | 0.24 | 0.48 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.10 | 0.16 | 0.22 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTC | 01055 - Manganese, Total (as Mn) | 04/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.03 | < 0.03 | 0.03 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTC | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | 0.10 | 0.20 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.09 | 0.125 | 0.16 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTC | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTF | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 1.80 | 1.90 | 2.00 | CFS | | | | |

10 of 13                                                                                                                       EXHIBIT 2

**WVDEP - Office of Hydrologic Pro_ _tion Unit (OMR)**
**DISCHARGE MONITORIN_ _EPORT**

Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV0068764"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTF | 00061 - Stream Flow cfs | 05/31/2010 | Normal | 1.80 | 2.00 | 2.20 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 1.60 | 2.05 | 2.50 | CFS | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTF | 00400 - pH | 04/30/2010 | Normal | | | | | 8.30 | 8.30 | 8.30 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 8.30 | 8.30 | 8.30 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 8.20 | 8.25 | 8.30 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTF | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | < 0.90 | < 0.90 | < 0.90 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.90 | < 0.90 | < 0.90 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.90 | 3.635 | 7.27 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTF | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.059 | < 0.059 | 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.08 | 0.09 | 0.10 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.08 | 0.14 | 0.20 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTF | 01055 - Manganese, Total (as Mi | 04/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTF | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.06 | 0.09 | 0.12 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | DTF | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.06 | < 0.06 | 0.07 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | ULFPC | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.40 | 0.50 | 0.60 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 0.50 | 0.66 | 0.81 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 0.60 | 2.05 | 3.50 | CFS | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | ULFPC | 00400 - pH | 04/30/2010 | Normal | | | | | 7.90 | 8.10 | 8.30 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 8.20 | 8.30 | 8.40 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 8.10 | 8.10 | 8.10 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | ULFPC | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | < 0.90 | < 0.90 | 1.41 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | 1.33 | 1.365 | 1.40 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.90 | < 0.90 | < 0.90 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | ULFPC | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.11 | 0.155 | 0.20 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.07 | 0.105 | 0.14 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.61 | 0.64 | 0.67 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | ULFPC | 01055 - Manganese, Total (as Mi | 04/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |

**11 of 13**     **EXHIBIT 2**

08/15 '10 11:57
Page 12 of 13

**WVDEP - Office of Hydrologic Protection Unit (OMR)**
**DISCHARGE MONITORING REPORT**
Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV0068764"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coal-Mac, Inc. Dba Phoe | WV0068764 | ULFPC | 01055 - Manganese, Total (as Mn | 06/30/2010 | Normal | | | | | 0.03 | 0.055 | 0.08 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | ULFPC | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | 0.07 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | 0.06 | 0.12 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.06 | 0.095 | 0.19 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | ULFPC | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | 0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | USF | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.60 | 0.70 | 0.80 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 0.60 | 0.71 | 0.81 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 0.50 | 0.66 | 0.81 | CFS | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | USF | 00400 - pH | 04/30/2010 | Normal | | | | | 7.80 | 7.85 | 7.90 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 7.90 | 7.95 | 8.00 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 7.80 | 7.85 | 7.90 | Std Units |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | USF | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | < 0.90 | < 0.90 | < 0.90 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.90 | < 0.90 | < 0.90 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.90 | 3.125 | 6.25 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | USF | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.059 | 0.09 | 0.13 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.14 | 0.155 | 0.17 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.09 | 0.19 | 0.29 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | USF | 01055 - Manganese, Total (as Mn | 04/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | USF | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | 0.07 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.06 | 0.08 | 0.16 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | USF | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.06 | < 0.06 | 0.06 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | UTF | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.40 | 0.50 | 0.60 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 0.40 | 0.50 | 0.60 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 0.30 | 0.40 | 0.50 | CFS | | | | |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | UTF | 00400 - pH | 04/30/2010 | Normal | | | | | 8.10 | 8.15 | 8.20 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 8.30 | 8.30 | 8.30 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 8.20 | 8.25 | 8.30 | Std Units |

EXHIBIT 2

WVDEP - Office of Hydrologic Prot ion Unit (OMR)
**DISCHARGE MONITORING PORT**
Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV0068764"

08/19/10 11:57
Page of 13

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coal-Mac, Inc. Dba Phoe | WV0068764 | UTF | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | < 0.90 | < 0.90 | < 0.90 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.90 | < 0.90 | < 0.90 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.90 | 3.315 | 6.63 | UG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | UTF | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | < 0.059 | < 0.059 | 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.06 | 0.065 | 0.07 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.10 | 0.15 | 0.20 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | UTF | 01055 - Manganese, Total (as Mn) | 04/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.03 | < 0.03 | < 0.03 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | UTF | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.06 | 0.095 | 0.13 | MG/L |
| Coal-Mac, Inc. Dba Phoe | WV0068764 | UTF | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.06 | < 0.06 | 0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.06 | < 0.06 | < 0.06 | MG/L |