# WVDEP - Office of Hydrologic Pro___tion Unit (OMR)
## DISCHARGE MONITORIN_ _EPORT

Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV1004956"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Conc. Min. | Conc. Avg. | Conc. Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mingo Logan Coal Comp. | WV1004956 | 001 | 00058 - Flow | 04/30/2010 | Normal | 0 | 819.500 | 1639.00 | GPM | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 05/31/2010 | Normal | 2205.00 | 4280.50 | 6356.00 | GPM | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 06/30/2010 | Normal | 1204.00 | 3015.50 | 4827.00 | GPM | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 001 | 00400 - pH | 04/30/2010 | Normal | | | | | 6.80 | 6.80 | 6.80 | Std Units |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 05/31/2010 | Normal | | | | | 6.80 | 6.85 | 6.90 | Std Units |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 06/30/2010 | Normal | | | | | 6.90 | 6.90 | 6.90 | Std Units |
| Mingo Logan Coal Comp. | WV1004956 | 001 | 00530 - Total Suspended Solids | 04/30/2010 | Normal | | | | | 6 | 6 | 6 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 05/31/2010 | Normal | | | | | 3 | 10 | 16 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 06/30/2010 | Normal | | | | | 2 | 4 | 5 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | 00545 - Settleable Solids | 04/30/2010 | Normal | | | | | <0.20 | <0.20 | <0.20 | ML/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 05/31/2010 | Normal | | | | | <0.20 | <0.20 | <0.20 | ML/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 06/30/2010 | Normal | | | | | <0.20 | <0.20 | <0.20 | ML/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 13.00 | 13.00 | 13.00 | UG/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 05/31/2010 | Normal | | | | | 8.70 | 11.95 | 15.20 | UG/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 06/30/2010 | Normal | | | | | 9.90 | 13.00 | 16.10 | UG/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.18 | 0.18 | 0.18 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 05/31/2010 | Normal | | | | | <0.05 | 0.17 | 0.33 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 06/30/2010 | Normal | | | | | 0.05 | 0.08 | 0.11 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | 01055 - Manganese, Total (as M_ | 04/30/2010 | Normal | | | | | 0.02 | 0.02 | 0.02 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 05/31/2010 | Normal | | | | | 0.01 | 0.02 | 0.02 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 06/30/2010 | Normal | | | | | 0.05 | 0.05 | 0.05 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | 0.08 | 0.08 | 0.08 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 05/31/2010 | Normal | | | | | <0.05 | 0.17 | 0.34 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 06/30/2010 | Normal | | | | | <0.05 | 0.03 | 0.05 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 05/31/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 001 | | 06/30/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | 00058 - Flow | 04/30/2010 | Normal | 166.000 | 411.500 | 657.000 | GPM | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 002 | | 05/31/2010 | Normal | 460.000 | 460.000 | 460.000 | GPM | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 002 | | 06/30/2010 | Normal | 0 | 319.000 | 638.000 | GPM | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 002 | 00400 - pH | 04/30/2010 | Normal | | | | | 8.00 | 8.05 | 8.10 | Std Units |
| Mingo Logan Coal Comp. | WV1004956 | 002 | | 05/31/2010 | Normal | | | | | 7.80 | 7.80 | 7.80 | Std Units |
| Mingo Logan Coal Comp. | WV1004956 | 002 | | 06/30/2010 | Normal | | | | | 8.30 | 8.30 | 8.30 | Std Units |
| Mingo Logan Coal Comp. | WV1004956 | 002 | 00530 - Total Suspended Solids | 04/30/2010 | Normal | | | | | 3 | 6 | 8 | MG/L |

**EXHIBIT 5**

**WVDEP - Office of Hydrologic Pro_ _tion Unit (OMR)**
**DISCHARGE MONITORIN_ _EPORT**

Covering the period from April 1, 2010 to July 1, 2010, and Sampler = "Lab"
( 2 )Permit ID = "WV1004956"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Conc. Min. | Conc. Avg. | Conc. Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mingo Logan Coal Comp. | WV1004956 | 002 | 00530 - Total Suspended Solids | 05/31/2010 | Normal | | | | | 6 | 6 | 6 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | | 06/30/2010 | Normal | | | | | 3 | 3 | 3 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | 00545 - Settleable Solids | 04/30/2010 | Normal | | | | | < 0.20 | < 0.20 | < 0.20 | ML/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | | 05/31/2010 | Normal | | | | | < 0.20 | < 0.20 | < 0.20 | ML/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | | 06/30/2010 | Normal | | | | | < 0.20 | < 0.20 | < 0.20 | ML/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 0.70 | 2.10 | 3.50 | UG/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | | 05/31/2010 | Normal | | | | | 2.10 | 2.10 | 2.10 | UG/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | | 06/30/2010 | Normal | | | | | 13.00 | 13.00 | 13.00 | UG/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | < 0.05 | 0.04 | 0.08 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | | 05/31/2010 | Normal | | | | | 0.17 | 0.17 | 0.17 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | | 06/30/2010 | Normal | | | | | 0.11 | 0.11 | 0.11 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | 01055 - Manganese, Total (as Mi | 04/30/2010 | Normal | | | | | 0.04 | 0.06 | 0.07 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | | 05/31/2010 | Normal | | | | | 0.24 | 0.24 | 0.24 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | | 06/30/2010 | Normal | | | | | 0.05 | 0.05 | 0.05 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.05 | 0.03 | 0.05 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | | 05/31/2010 | Normal | | | | | 0.08 | 0.08 | 0.08 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | | 06/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | | 05/31/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 002 | | 06/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 003 | | 04/30/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 003 | | 05/31/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 003 | | 06/30/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 004 | | 04/30/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 004 | | 05/31/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 004 | | 06/30/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 005 | | 04/30/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 005 | | 05/31/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 005 | | 06/30/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 006 | | 04/30/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 006 | | 05/31/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 006 | | 06/30/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 007 | | 04/30/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 007 | | 05/31/2010 | No Flow | | | | | | | | |

EXHIBIT 5

08/1(  0 13:16
Page 3 of 8

WVDEP - Office of Hydrologic Pro(  tion Unit (OMR)
**DISCHARGE MONITORIN(  EPORT**
Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV1004956"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mingo Logan Coal Comp. | WV1004956 | 007 | | 06/30/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 008 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 009 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 011 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 012 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 013 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 015 | 00058 - Flow | 04/30/2010 | Normal | 22.000 | 37.500 | 53.000 | GPM | | | | |
| | | | | 05/31/2010 | Normal | 83.000 | 85.000 | 87.000 | GPM | | | | |
| | | | | 06/30/2010 | Normal | 0 | 17.500 | 35.000 | GPM | | | | |
| Mingo Logan Coal Comp. | WV1004956 | 015 | 00400 - pH | 04/30/2010 | Normal | | | | | 7.90 | 7.95 | 8.00 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 7.60 | 7.80 | 8.00 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 7.80 | 7.80 | 7.80 | Std Units |
| Mingo Logan Coal Comp. | WV1004956 | 015 | 00530 - Total Suspended Solids | 04/30/2010 | Normal | | | | | < 2 | 2 | 4 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 2 | 5 | 7 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 2 | 2 | 2 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 015 | 00545 - Settleable Solids | 04/30/2010 | Normal | | | | | < 0.20 | < 0.20 | < 0.20 | ML/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.20 | < 0.20 | < 0.20 | ML/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.20 | < 0.20 | < 0.20 | ML/L |
| Mingo Logan Coal Comp. | WV1004956 | 015 | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 8.40 | 9.00 | 9.60 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | 7.80 | 7.80 | 7.80 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | 9.40 | 9.40 | 9.40 | UG/L |
| Mingo Logan Coal Comp. | WV1004956 | 015 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 015 | 01055 - Manganese, Total (as M| 04/30/2010 | Normal | | | | | < 0.01 | < 0.01 | < 0.01 | MG/L |

**EXHIBIT 5**

08/15/... 13:16
Page 4 of 8

## WVDEP - Office of Hydrologic Protection Unit (OMR)
### DISCHARGE MONITORING REPORT
Covering the period from April 1, 2010 to July 1, 2010, and Sampler = "Lab"
( 2 )Permit ID = "WV1004956"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mingo Logan Coal Comp. | WV1004956 | 015 | 01055 - Manganese, Total (as Mn) | 05/31/2010 | Normal | | | | | <0.01 | <0.01 | <0.01 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.01 | <0.01 | <0.01 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 015 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | 015 | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | DAF | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.833 | 0.975 | 1.116 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 0.777 | 0.836 | 0.895 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 0.503 | 0.943 | 1.383 | CFS | | | | |
| Mingo Logan Coal Comp. | WV1004956 | DAF | 00400 - pH | 04/30/2010 | Normal | | | | | 7.70 | 8.00 | 8.30 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 7.80 | 7.80 | 7.80 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 7.90 | 7.95 | 8.00 | Std Units |
| Mingo Logan Coal Comp. | WV1004956 | DAF | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | <0.60 | <0.60 | <0.60 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.60 | 0.40 | 0.80 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.60 | 0.35 | 0.70 | UG/L |
| Mingo Logan Coal Comp. | WV1004956 | DAF | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.08 | 0.16 | 0.24 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.12 | 0.15 | 0.18 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.18 | 2.27 | 4.36 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | DAF | 01055 - Manganese, Total (as Mn) | 04/30/2010 | Normal | | | | | 0.02 | 0.04 | 0.05 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.03 | 0.03 | 0.03 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.03 | 0.10 | 0.16 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | DAF | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | 0.10 | 0.21 | 0.32 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.17 | 0.19 | 0.20 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.11 | 2.38 | 4.64 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | DAF | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | DBC | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 4.041 | 4.300 | 4.558 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 5.294 | 6.103 | 6.911 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 6.316 | 6.424 | 6.532 | CFS | | | | |
| Mingo Logan Coal Comp. | WV1004956 | DBC | 00400 - pH | 04/30/2010 | Normal | | | | | 7.80 | 8.05 | 8.30 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 7.50 | 7.65 | 7.80 | Std Units |

EXHIBIT 5

Case 3:10-cv-00833   Document 26-5   Filed 09/24/10   Page 5 of 8 PageID #: 390

08/19   13:16
Page 5 of 8

## WVDEP - Office of Hydrologic Protection Unit (OMR)
## DISCHARGE MONITORING REPORT

Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV1004956"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Conc. Min. | Conc. Avg. | Conc. Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mingo Logan Coal Comp | WV1004956 | DBC | 00400 - pH | 06/30/2010 | Normal | | | | | 7.70 | 7.75 | 7.80 | Std Units |
| Mingo Logan Coal Comp | WV1004956 | DBC | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 5.00 | 5.35 | 5.70 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | 5.20 | 6.60 | 8.00 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | 11.80 | 11.85 | 11.90 | UG/L |
| Mingo Logan Coal Comp | WV1004956 | DBC | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.07 | 0.09 | 0.11 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.09 | 0.30 | 0.51 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.17 | 0.18 | 0.19 | MG/L |
| Mingo Logan Coal Comp | WV1004956 | DBC | 01055 - Manganese, Total (as M | 04/30/2010 | Normal | | | | | 0.01 | 0.02 | 0.02 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.02 | 0.03 | 0.04 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.03 | 0.03 | 0.03 | MG/L |
| Mingo Logan Coal Comp | WV1004956 | DBC | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.05 | 0.03 | 0.06 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.05 | 0.23 | 0.46 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.05 | 0.06 | 0.07 | MG/L |
| Mingo Logan Coal Comp | WV1004956 | DBC | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Mingo Logan Coal Comp | WV1004956 | DDR | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.438 | 0.506 | 0.574 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 0.447 | 0.675 | 0.902 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 0.343 | 0.618 | 0.893 | CFS | | | | |
| Mingo Logan Coal Comp | WV1004956 | DDR | 00400 - pH | 04/30/2010 | Normal | | | | | 7.80 | 7.85 | 7.90 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 7.90 | 8.05 | 8.20 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 8.10 | 8.10 | 8.10 | Std Units |
| Mingo Logan Coal Comp | WV1004956 | DDR | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | < 0.60 | 0.45 | 0.90 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.60 | < 0.60 | < 0.60 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.60 | < 0.60 | < 0.60 | UG/L |
| Mingo Logan Coal Comp | WV1004956 | DDR | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.14 | 0.14 | 0.14 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.06 | 0.06 | 0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.05 | 0.32 | 0.64 | MG/L |
| Mingo Logan Coal Comp | WV1004956 | DDR | 01055 - Manganese, Total (as M | 04/30/2010 | Normal | | | | | < 0.01 | < 0.01 | < 0.01 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.01 | < 0.01 | < 0.01 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.01 | 0.01 | 0.02 | MG/L |
| Mingo Logan Coal Comp | WV1004956 | DDR | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | 0.11 | 0.12 | 0.12 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.05 | 0.28 | 0.55 | MG/L |

**EXHIBIT 5**

WVDEP - Office of Hydrologic Pro**tion Unit (OMR)
DISCHARGE MONITORIN\_ \_EPORT
Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV1004956"

08/1* 0 13:16
Page 6 of 8

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mingo Logan Coal Comp | WV1004956 | DDR | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Mingo Logan Coal Comp | WV1004956 | DPF | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.655 | 0.763 | 0.871 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 0.586 | 0.917 | 1.247 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 0.614 | 0.614 | 0.614 | CFS | | | | |
| Mingo Logan Coal Comp | WV1004956 | DPF | 00400 - pH | 04/30/2010 | Normal | | | | | 7.90 | 8.10 | 8.30 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 8.30 | 8.30 | 8.30 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 8.60 | 8.60 | 8.60 | Std Units |
| Mingo Logan Coal Comp | WV1004956 | DPF | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 0.60 | 0.80 | 1.00 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.90 | 1.45 | 2.00 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | 3.20 | 3.20 | 3.20 | UG/L |
| Mingo Logan Coal Comp | WV1004956 | DPF | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.05 | 0.04 | 0.07 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Mingo Logan Coal Comp | WV1004956 | DPF | 01055 - Manganese, Total (as M | 04/30/2010 | Normal | | | | | < 0.01 | < 0.01 | < 0.01 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.01 | < 0.01 | < 0.01 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.01 | < 0.01 | < 0.01 | MG/L |
| Mingo Logan Coal Comp | WV1004956 | DPF | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Mingo Logan Coal Comp | WV1004956 | DPF | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Mingo Logan Coal Comp | WV1004956 | DWTB | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.472 | 0.539 | 0.606 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 0.612 | 0.898 | 1.183 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 1.016 | 1.189 | 1.361 | CFS | | | | |
| Mingo Logan Coal Comp | WV1004956 | DWTB | 00400 - pH | 04/30/2010 | Normal | | | | | 7.70 | 7.80 | 7.90 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 7.10 | 7.45 | 7.80 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 7.70 | 7.90 | 8.10 | Std Units |
| Mingo Logan Coal Comp | WV1004956 | DWTB | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 0.60 | 0.65 | 0.70 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | 1.60 | 1.60 | 1.60 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.60 | 0.60 | 1.20 | UG/L |
| Mingo Logan Coal Comp | WV1004956 | DWTB | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.08 | 0.09 | 0.09 | MG/L |

**EXHIBIT 5**

## WVDEP - Office of Hydrologic Pro⬚⬚tion Unit (OMR)
## DISCHARGE MONITORIN⬚ ⬚EPORT

Covering the period from April 1, 2010 to July 1, 2010, and Sampler = "Lab"
( 2 )Permit ID = "WV1004956"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Conc. Min. | Conc. Avg. | Conc. Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mingo Logan Coal Comp. | WV1004956 | DWTB | 01045 - Iron, Total (as Fe) | 05/31/2010 | Normal | | | | | 0.07 | 0.09 | 0.11 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.22 | 0.32 | 0.41 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | DWTB | 01055 - Manganese, Total (as M | 04/30/2010 | Normal | | | | | <0.01 | <0.01 | <0.01 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.01 | <0.01 | <0.01 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.02 | 0.02 | 0.02 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | DWTB | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | <0.05 | 0.05 | 0.10 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.13 | 0.22 | 0.31 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | DWTB | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | UAF | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp. | WV1004956 | UAF | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.485 | 0.578 | 0.670 | CFS | | | | |
| Mingo Logan Coal Comp. | WV1004956 | UAF | 00400 - pH | 04/30/2010 | Normal | | | | | 7.80 | 7.90 | 8.00 | Std Units |
| Mingo Logan Coal Comp. | WV1004956 | UAF | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 1.40 | 1.50 | 1.60 | UG/L |
| Mingo Logan Coal Comp. | WV1004956 | UAF | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.15 | 0.28 | 0.40 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | UAF | 01055 - Manganese, Total (as M | 04/30/2010 | Normal | | | | | 0.36 | 0.39 | 0.42 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | UAF | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | 1.29 | 1.70 | 2.10 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | UAF | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | <0.05 | 0.04 | 0.07 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | UBC | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 3.079 | 3.474 | 3.868 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 3.977 | 6.161 | 8.344 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 1.971 | 2.337 | 2.702 | CFS | | | | |
| Mingo Logan Coal Comp. | WV1004956 | UBC | 00400 - pH | 04/30/2010 | Normal | | | | | 8.30 | 8.35 | 8.40 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 8.00 | 8.10 | 8.20 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 8.30 | 8.40 | 8.50 | Std Units |
| Mingo Logan Coal Comp. | WV1004956 | UBC | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 2.80 | 4.80 | 6.80 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | 2.90 | 3.45 | 4.00 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | 5.10 | 5.30 | 5.50 | UG/L |
| Mingo Logan Coal Comp. | WV1004956 | UBC | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.07 | 0.08 | 0.09 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.07 | 0.27 | 0.47 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.07 | 0.10 | 0.12 | MG/L |
| Mingo Logan Coal Comp. | WV1004956 | UBC | 01055 - Manganese, Total (as M | 04/30/2010 | Normal | | | | | 0.01 | 0.02 | 0.02 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.01 | 0.02 | 0.03 | MG/L |

**EXHIBIT 5**

**WVDEP - Office of Hydrologic Protection Unit (OMR)**
**DISCHARGE MONITORING REPORT**

Covering the period from April 1, 2010 to July 1, 2010, and Sampler = "Lab"
( 2 )Permit ID = "WV1004956"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Conc. Min. | Conc. Avg. | Conc. Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mingo Logan Coal Comp | WV1004956 | UBC | 01055 - Manganese, Total (as Mn) | 06/30/2010 | Normal | | | | | 0.01 | 0.02 | 0.02 | MG/L |
| Mingo Logan Coal Comp | WV1004956 | UBC | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.05 | 0.04 | 0.07 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.05 | 0.25 | 0.49 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Mingo Logan Coal Comp | WV1004956 | UBC | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Mingo Logan Coal Comp | WV1004956 | UDR | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp | WV1004956 | UPF | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Mingo Logan Coal Comp | WV1004956 | UWTB | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.249 | 0.352 | 0.454 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 0.303 | 0.367 | 0.430 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 0.120 | 0.420 | 0.719 | CFS | | | | |
| Mingo Logan Coal Comp | WV1004956 | UWTB | 00400 - pH | 04/30/2010 | Normal | | | | | 7.40 | 7.70 | 8.00 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 8.10 | 8.20 | 8.30 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 7.50 | 7.75 | 8.00 | Std Units |
| Mingo Logan Coal Comp | WV1004956 | UWTB | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.08 | 0.09 | 0.10 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.07 | 0.08 | 0.08 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.05 | 0.32 | 0.58 | MG/L |
| Mingo Logan Coal Comp | WV1004956 | UWTB | 01055 - Manganese, Total (as Mn) | 04/30/2010 | Normal | | | | | < 0.01 | < 0.01 | < 0.01 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.01 | < 0.01 | < 0.01 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.01 | 0.01 | 0.02 | MG/L |
| Mingo Logan Coal Comp | WV1004956 | UWTB | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | 0.07 | 0.07 | 0.07 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.05 | 0.27 | 0.54 | MG/L |
| Mingo Logan Coal Comp | WV1004956 | UWTB | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |

**EXHIBIT 5**