IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**OHIO VALLEY ENVIRONMENTAL**
**COALITION, INC., et al.,**

        **Plaintiffs,**

**v.**                                      **CIVIL ACTION NO. 3:10-0833**

**COAL-MAC, INC., et al.,**

        **Defendants.**

**EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

      Pursuant to the Court's October 13, 2010 Order, Plaintiffs hereby submit the following amended declarations as exhibits in support of their motions for partial summary judgment:

Ex. 16    --    Amended Rank Declaration

Ex. 17    --    Amended Stockman Declaration

Ex. 18    --    Amended Gunnoe Declaration

Ex. 19    --    Amended Nelson Declaration

                                              Respectfully submitted,

                                              **/s/ Derek O. Teaney**
                                              DEREK O. TEANEY (WVSB # 10223)
                                              JOSEPH M. LOVETT (WVSB # 6926)
                                              Appalachian Ctr. for the Econ. & the Envt.
                                              P.O. Box 507
                                              Lewisburg, WV 24901
                                              Telephone: (304) 793-9007
                                              Fax: (304) 645-9008
                                              E-mail: dteaney@appalachian-center.org

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**OHIO VALLEY ENVIRONMENTAL
COALITION, INC., et al.,**

           **Plaintiffs,**

v.   CIVIL ACTION NO. 3:10-0833

**COAL-MAC, INC., and MINGO LOGAN
COAL COMPANY,**

           **Defendants.**

### CERTIFICATE OF SERVICE

    I, Derek O. Teaney, do hereby certify that, on October 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert G. McLusky
Jackson Kelly PLLC
500 Lee Street East
Suite 1600
PO Box 553
Charleston, WV 25322
*Counsel for Defendant*

           /s/ Derek O. Teaney_____
           DEREK O. TEANEY (WVSB # 10223)
           Appalachian Ctr. for the Econ. & the Envt.
           P.O. Box 507
           Lewisburg, WV 24901
           Telephone: (304) 793-9007
           Fax: (304) 645-9008
           E-mail: dteaney@appalachian-center.org

           *Counsel for Plaintiffs*