IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

OHIO VALLEY ENVIRONMENTAL
COALITION, INC., WEST VIRGINIA
HIGHLANDS CONSERVANCY, INC.,
COAL RIVER MOUNTAIN WATCH, INC.,
and SIERRA CLUB,

        Plaintiffs,

v.                              CIVIL ACTION NO. 3:10-cv-00833

COAL-MAC, INC. and
MINGO LOGAN COAL COMPANY,

        Defendants.

## COAL-MAC, INC. AND MINGO LOGAN COAL COMPANY'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

For the reasons set forth in the accompanying Response to Plaintiffs' Second Motion for Partial Summary Judgment, Defendants Coal-Mac, Inc. and Mingo Logan Coal Company hereby Cross-Move this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56. Included in support of this Cross-Motion are Exhibits 1 through 12.

                                      Respectfully submitted,

                                      COAL-MAC, INC.
                                      and MINGO LOGAN COAL COMPANY

                                      By Counsel

/s/*Robert G. McLusky*
ROBERT G. McLUSKY, WVBN 2489
DOUGLAS J. CROUSE, WVBN 11094
MATTHEW S. TYREE, WVBN 11160
JACKSON KELLY, PLLC
500 Lee Street, East, Suite 1600
P. O. Box 553
Charleston, WV 25322-0553
*Counsel for Coal-Mac, Inc. and*
*Mingo Logan Coal Company*

{C1889692.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

OHIO VALLEY ENVIRONMENTAL
COALITION, INC., WEST VIRGINIA
HIGHLANDS CONSERVANCY, INC.,
COAL RIVER MOUNTAIN WATCH, INC.,
and SIERRA CLUB,

        Plaintiffs,

v.                               CIVIL ACTION NO. 3:10-cv-00833

COAL-MAC, INC. and
MINGO LOGAN COAL COMPANY,

        Defendants.

## CERTIFICATE OF SERVICE

        I, Robert G. McLusky, do hereby certify that a true and exact copy of the foregoing **COAL-MAC, INC. AND MINGO LOGAN COAL COMPANY'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT** was caused to be served upon the following via CM/ECF this 29th day of October, 2010.

        Derek O. Teaney
        Joseph M. Lovett
        Appalachian Center for the Economy and the
          Environment
        P.O. Box 507
        Lewisburg, WV 24901

        //s//*Robert G. McLusky*