IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

OHIO VALLEY ENVIRONMENTAL
COALITION, INC., et al.,

          Plaintiffs,

v.                                   CIVIL ACTION NO. 3:10-0833

COAL-MAC, INC., et al.,

          Defendants.

**ORDER**

The Court has been advised by counsel of the pending settlement of the remaining issues in this action. Counsel anticipate submitting a proposed consent decree shortly. Accordingly, the Court **CONTINUES** the final settlement conference and trial currently scheduled for next week pending further order of the Court and **SCHEDULES** a telephonic status conference for **July 26, 2011** at **10 A.M.** If, during the status conference, it appears the parties are unable to settle the remaining claims, the Court will then schedule a new trial date. The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                        ENTER:     July 7, 2011

                                        ROBERT C. CHAMBERS
                                        UNITED STATES DISTRICT JUDGE