# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington
Date: 7/26/2011
Case Style: OVEC vs. Coal-Mac
Type of hearing Telephonic Status Conference
Before the honorable: 2514-Chambers
Court Reporter Teresa Ruffner
Attorney(s) for the Plaintiff or Government Derek Teany and Joseph Lovett

Case Number 3:10-cv-833

Courtroom Deputy Law Clerk

Attorney(s) for the Defendant(s) Robert McLusky

Law Clerk Nima Mohebbi

Probation Officer

### Trial Time

### Non-Trial Time
Pretrial conference (including settlement and telephone conferences).

### Court Time
10:02 am   to 10:05 am
Total Court Time: 0 Hours 3 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes
Conference call scheduled to commence:  10:00 am
Conference call commenced: 10:02 am

Parties discussed status of case.

Recess: 10:05 am